UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LOWELL EDWARD JACKSON,<br><br>               Petitioner,<br><br>      v.<br><br>CHUCK E. ATKINS,<br><br>               Respondent. | CASE NO. 3:17-cv-06085-RBL-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

    (1)    The Court adopts the Report and Recommendation.

    (2)    Petitioner's § 2254 habeas petition is denied with leave to refile as a § 2241 habeas petition, and petitioner's motion to transfer (Dkt. 8) is denied.

**DATED** this 25th day of June, 2018.

                                                Ronald B. Leighton
                                                United States District Judge