HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LOWELL EDWARD JACKSON,

    Petitioner,

 v.

JEFFREY A. UTTECHT,

    Respondent.

CASE NO. C17-6085 RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Creatura's Report and Recommendation Dkt. [33], and on the Court's review of Jackson's Objections to it Dkt. [34].

1. The Report and Recommendation is ADOPTED;
2. Plaintiff Jackson's Amended habeas petition Dkt. [11] is DENIED and DISMISSED for failure to exhaust his state court remedies;
3. For the reasons articulated in the Report and Recommendation, the Court will NOT issue a Certificate of Appealability; and
4. The Clerk shall send copies of this Order to the Jackson's last known address and to Magistrate Judge Creatura.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1  IT IS SO ORDERED.

2  Dated this 14th day of February, 2019.

3

4                                            _____
                                             Ronald B. Leighton
5                                            United States District Judge